UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BERNARD JOHNSON, )<br>)<br>Plaintiff, )<br>vs. )   1:04-cv-1705-SEB-VSS<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Bernard Johnson is not entitled to Disability Insurance Benefits based on his application filed on April 4, 2001, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date:  03/03/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov